IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INDEMNITY INSURANCE COMPANY** | : | |
| **OF NORTH AMERICA a/s/o/** | : | **CIVIL ACTION** |
| **SPRINGFIELD TOWNSHIP SCHOOL** | : | |
| **DISTRICT,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|   **v.** | : | |
| | : | |
| **GROSS-GIVEN MANUFACTURING** | : | |
| **COMPANY and RIH, INC. f/k/a ROWE** | : | |
| **INTERNATIONAL, INC.** | : | **No. 08-3** |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this **16th** day of **September, 2009**, upon consideration of Defendant's motion for summary judgment, Plaintiff's cross-motion for summary judgment, and the responses thereto, and for the reasons contained in the Court's Memorandum dated **September 16, 2009**, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Document No. 21) is **GRANTED** in part and **DENIED** in part as follows:

    a. The motion is **DENIED** as to the strict liability and product warranty claims.

    b. The motion is **GRANTED** as to the negligence claim.

2. Plaintiff's Motion for Partial Summary Judgment on the issue of successor liability (Document No. 26) is **GRANTED** in part and **DENIED** in part as follows:

    a. The motion is **GRANTED** as to the strict liability and product warranty claims.

  b.  The motion is **DENIED** as to the negligence claim.

      **BY THE COURT:**

      */s/ Berle M. Schiller*
      _____
      **Berle M. Schiller, J.**