IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o/ SPRINGFIELD TOWNSHIP SCHOOL DISTRICT,<br>    Plaintiff,<br><br>v.<br><br>GROSS-GIVEN MANUFACTURING COMPANY and RIH, INC. f/k/a ROWE INTERNATIONAL, INC.<br>    Defendants. | CIVIL ACTION<br><br><br><br><br><br><br><br><br>No. 08-3 |

## ORDER

**AND NOW,** this **11th** day of **January, 2010,** upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law, and following a bench trial on the merits held on November 23, 2009, and for the reasons presented in the Court's Memorandum dated January 11, 2010, it is hereby **ORDERED** that judgment is entered in favor of Defendant Gross-Given and against Plaintiff ACE-INA. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.